IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

HENRIETTA HOOKER,
  Debtor.

NO. 05-23629
CHAPTER 13
JUDGE JOHN H. SQUIRES

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/KA/ NORWEST MORTGAGE, INC., its successors and/or assigns (hereinafter referred to as "WELLS FARGO BANK"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on June 14, 2005, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That WELLS FARGO BANK is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 1417 N. Lavergne Ave., Chicago, Illinois 60651.

3. That, on June 26, 2009, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount.

4. As of this date, creditor's records still reflect an arrearage in the amount of $2,751.39 in post-petition payments. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301  Fax: (708) 922-3302
Atty. for WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. F/KA/ NORWEST MORTGAGE, INC., its Successors and/or Assigns

PAYMENTS RECEIVED

  Creditor:       Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc.
  Debtor:         fka Norwest Mortgage, Inc.
                  Henrietta Hooker
  Case No.:       05-B-23629-447
  Loan No.:       xxxxxx7570
  Our File No.:   4050-N-0764
  Collateral:     1417 N Lavergne Ave
                  Chicago, Illinois 60651

Loan status as of July 14, 2009

On-going mortgage payments scheduled to be paid beginning July 1, 2005 by Trustee

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| July 30, 2005 | ($0.00) | July 1, 2005 | $809.11 | ($0.00) | ($809.11) |
| August 30, 2005 | ($0.00) | August 1, 2005 | $809.11 | ($0.00) | ($809.11) |
| September 22, 2005 | $2,427.03 | September 1, 2005 | $851.32 | ($0.00) | $1,575.71 |
| October 25, 2005 | $809.01 | October 1, 2005 | $851.32 | ($0.00) | ($42.31) |
| November 22, 2005 | $809.01 | November 1, 2005 | $851.32 | ($0.00) | ($42.31) |
| December 21, 2005 | $809.01 | December 1, 2005 | $851.32 | ($0.00) | ($42.31) |
| January 24, 2006 | $809.01 | January 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| February 28, 2006 | $809.01 | February 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| March 21, 2006 | $809.01 | March 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| April 28, 2006 | $809.01 | April 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| May 22, 2006 | $809.01 | May 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| June 21, 2006 | $809.01 | June 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| July 26, 2006 | $809.01 | July 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| August 23, 2006 | $809.01 | August 1, 2006 | $851.32 | ($0.00) | ($42.31) |
| September 30, 2006 | ($0.00) | September 1, 2006 | $847.86 | ($0.00) | ($847.86) |
| October 30, 2006 | ($0.00) | October 1, 2006 | $847.86 | ($0.00) | ($847.86) |
| November 1, 2006 | $1,618.02 | November 1, 2006 | $847.86 | ($0.00) | $770.16 |
| December 19, 2006 | $1,618.02 | December 1, 2006 | $846.30 | ($0.00) | $771.72 |
| January 23, 2007 | $809.01 | January 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| February 28, 2007 | ($0.00) | February 1, 2007 | $846.30 | ($0.00) | ($846.30) |
| March 20, 2007 | $1,618.02 | March 1, 2007 | $846.30 | ($0.00) | $771.72 |
| April 24, 2007 | $809.01 | April 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| May 29, 2007 | $809.01 | May 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| June 19, 2007 | $809.01 | June 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| July 24, 2007 | $809.01 | July 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| August 21, 2007 | $809.01 | August 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| September 27, 2007 | $809.01 | September 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| October 24, 2007 | $809.01 | October 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| November 26, 2007 | $809.01 | November 1, 2007 | $846.30 | ($0.00) | ($37.29) |
| December 30, 2007 | ($0.00) | December 1, 2007 | $846.30 | ($0.00) | ($846.30) |
| January 7, 2008 | $809.01 | January 1, 2008 | $846.30 | ($0.00) | ($37.29) |
| January 24, 2008 | $809.01 | | ($0.00) | ($0.00) | $809.01 |
| February 28, 2008 | ($0.00) | February 1, 2008 | $846.30 | ($0.00) | ($846.30) |
| March 25, 2008 | $1,618.02 | March 1, 2008 | $846.30 | ($0.00) | $771.72 |
| April 22, 2008 | $809.01 | April 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| May 20, 2008 | $809.01 | May 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| June 23, 2008 | $809.01 | June 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| July 21, 2008 | $809.01 | July 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| August 31, 2008 | ($0.00) | August 1, 2008 | $986.15 | ($0.00) | ($986.15) |
| September 23, 2008 | $1,618.02 | September 1, 2008 | $986.15 | ($0.00) | $631.87 |
| October 21, 2008 | $809.01 | October 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| November 24, 2008 | $809.01 | November 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| December 22, 2008 | $809.01 | December 1, 2008 | $986.15 | ($0.00) | ($177.14) |
| January 20, 2009 | $809.01 | January 1, 2009 | $986.15 | ($0.00) | ($177.14) |
| February 24, 2009 | $809.01 | February 1, 2009 | $917.13 | ($0.00) | ($108.12) |
| March 24, 2009 | $809.01 | March 1, 2009 | $917.13 | ($0.00) | ($108.12) |
| April 30, 2009 | ($0.00) | April 1, 2009 | $917.13 | ($0.00) | ($917.13) |
| May 19, 2009 | $1,289.91 | May 1, 2009 | $917.13 | ($0.00) | $372.78 |
| June 23, 2009 | $1,137.12 | June 1, 2009 | $917.13 | ($781.72) | $1,001.71 |
| July 14, 2009 | ($0.00) | July 1, 2009 | ($0.00) | ($0.00) | ($0.00) |
| TOTALS | $38,832.48 | | $42,365.59 | ($781.72) | ($2,751.39) |

PAYLOG

EXHIBIT A